

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

No. 08-26-00013-CV

James Kristopher Limon, Appellant

v.

Rosa Flores, Appellee

On Appeal from the County Court at Law No 1
Travis County, Texas
Trial Court No. C-1-CV-25-006476

## MEMORANDUM OPINION

James Kristopher Limon's brief was due on March 21, 2026. When none was filed, the Clerk of this Court notified Limon that this appeal could be dismissed for want of prosecution if he did not file a brief and a motion for extension within ten days. Tex. R. App. P. 38.8(a)(1). Limon

neither timely filed a brief nor requested an extension. Accordingly, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1), 42.3(b).


                                        GINA M. PALAFOX, Justice

April 16, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.